Sheppard v. Berkshire Life Ins. Co., 161 Ill. App. 479.

**Robert D. Sheppard, Appellee, v. Berkshire Life Insurance Company et al., Appellants.**

**On Appeal of Berkshire Life Insurance Company.**

**Gen. No. 15,445.**

This case is controlled by the decision in Sheppard v. Berkshire Life Insurance Company, *ante*, p. 467.

Appeal from the Superior Court of Cook county; the Hon. ALBERT C. BARNES, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1909. Reversed and remanded. Opinion filed May 5, 1911. Rehearing denied May 19, 1911.

THOMAN, HARNWELL & PEARSONS and EDWIN WHITE MOORE, for appellant, Berkshire Life Insurance Company.

DENT & JACKSON, for appellant, Orville P. Curran.

JOHN H. S. LEE, for appellee.

MR. JUSTICE BALDWIN delivered the opinion of the court.

The subject-matter of the appeal in this case has been fully covered in the opinion filed this day in the case of Sheppard v. The Berkshire Life Insurance Company et al. (*ante*, p. 467), which was the appeal of the Berkshire Life Insurance Company from the same decree as that from which Curran appeals in this case. The two appeals were consolidated for hearing in this court.

For the reasons given in that opinion, the decree appealed from must be reversed and the cause remanded, with instructions to the court below to enter a decree in conformity with the views in said opinion expressed.

*Reversed and remanded.*